UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LOUIS BROWN,

Defendant.

18-CR-390-14 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Louis Brown, which the Court treats as a *pro se* motion for compassionate release. To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Brown to submit a memorandum of law in support of this application   This letter is due Wednesday, May 27, 2020. The Government's response is due Friday, May 29, 2020. The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 26, 2020
　　　　New York, New York



HARTFORD CT 051
06 MAY 2020 PM 7 L

Honorable Paul A. Engelmayer
U.S. District Judge
Southern District N.Y.
500 Pearl Street
New York, NY 10007-1312

10007-13059

Louis Brown 12750-054
33½ Pembroke Rd.
Danbury CT. 06811-2954

USM P3
USDNY



Quality Park Item #90019
Treated with an antimicrobial agent to protect the envelope from the growth of bacteria, mold, mildew, fungus and odors
*Licensed by Silverco*

Honorable Paul A. Engelmayer,

    I am writing to request your help please. During my sentencing in court my attorney Thomas Ambrosio said that due to my age an medical condition this could be a life sentence or death sentence for me. Due to COVID-19 my chances for a death sentence might come ture. I am 65 years old and have HIV. I'm in FCI Danbury and I sleep about 10 to 12 feet from the inmate who past away from the virus. They have taken about 20 people out of the dorm in wheel chairs and stretcher, and I keep thinking, am I next. I also have high blood pressure. My chances or not good at all in here. My request to you sir is that if you could give me a sentence reduction or help me get ~~compa~~ compassionate release.

Sincerely

Louis Brown