UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LOUIS BROWN,

                                    Defendant.

18-CR-390-14 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is attaching a letter it has recently received from defendant Louis Brown, in

further support of his application for compassionate release.  The Court will consider this letter

in resolving the application.


SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 26, 2020
       New York, New York

WESTCHESTER NY 105

18 MAY 2020 PM 1 L

L. Brown 12750-054
33½ Pembroke Rd.
Danbury, CT 06811-3699

USMS

Honorble Paul A. Engelmayer
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 16667-1312

10007-133099



Honorble Paul A. Engelmayer

Sir, I previously wrote To you With
Regard To My Being Housed in F.C.I. Danbury
Throughout This Pandemic. I've stated
to you How life Combating Covid-19 Here
is beyond Dismal. I Have Filed For A
Compassionate Release under 18 U.S.C.
3582 (c) (i) (A) And 4205 (G) To The Residing
Warden one D. Easter. Mrs. Easter Has
Denied Such Claim (Please View Attachment
from Warden And The basis To which She
Denied Me.) Since My Previous letter To
you A class Action Suit was Filed And has
been Partially Granted Against F.C.I.
Danbury For violating The Inmate populations
8th Amendment Rights. Mrs. Easter Along
with other B.O.P officials would have The
Public believe That The Positive Contracted
Numbers Are Down, And Covid-19 spread
Here is in Fact Contained. I Vehemently
Contest such Notion. Regular Testing has
Recently began Per Unit. Each Unit is
Comprised of Approximately 60 to 70 Inmate
Per Unit. After Completing one unit ~~Inmate~~

10 Inmates Tested positive for COVID-19.
This is still Alarming And Disheartening to
say the least. Several implementation
regarding the criteria of whos Eligible
for the Cares Act And Also Compassionate
Release has occured since my last letter
As well. The latest Rendition contradicts
the very Reason(s) Mrs. Easter Denied me.
    I was sent to F.C.I Danbury to serve my
sentence. It is unfathomable to belive
it whould become A Death Sentence. This
Administration has failed Miserably At its
Approach in Securing the Inmate population.
    There has been A loss of life. Several
inmates Are Hospitalized Rendered to
Ventilators, While the remaining population
self Medicate And remain High Strung. As
we Are clueless As to when And how to
Combat this Deadly Virus should our Continuous
Exposure Allow us To Catch IT.

                Respectfuly

                Louis Brown

Response to Inmate Request to Staff Member

BROWN, Louis
Register Number: 12750-054
Unit:  G-A

You requested a reduction in sentence (RIS) based on concerns about COVID-19.  After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

You presently do not meet criteria under the RIS categories of "new law" elderly inmates, other elderly inmates nor elderly inmates with medical conditions as you do not meet the time served requirement.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.  Accordingly, your RIS request is denied at this time.

Based upon current guidelines, you were reviewed for home confinement under the CARES Act but are ineligible as you have not served 50% of your sentence and having greater than 18 months remaining on your sentence.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_D. Easter_____          _5-7-2020_____
D. Easter, Warden                Date

**U.S. DEPARTMENT OF JUSTICE**   5/11/2020
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: BROWN LOUIS                 12750-054   WEST   FCI DANBURY
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT      INSTITUTION

**Part A– INMATE REQUEST**

Warden Easter,

I would like to respectfully request reconsideration for a reduction in sentence (RIS) based upon the COVID-19 pandemic, Title 18 of the United States Code, Section 3582 (c)(1)(A), Compassionate release reduction in sentence for extraordinary and Compelling reasons.

I am over 65 and have substantial debilitated medical Conditions. The Danbury FCI, Dr Greene and Dr. Schindler, have my Complete file. I have a stabile and loving home to go to upon my release. I look forward to spendy time with my many grandchildren.

_____          L. Brown
         DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
         DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1019773-F1

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
         DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP–229(13)
                                                    APRIL 1982