UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LOUIS BROWN,

Defendant.

18 Cr. 390 (PAE)

<u>AMENDED ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On June 17, 2020, the Court granted Louis Brown's motion for compassionate release

from FCI Danbury, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Dkt. 472.  The Court incorporates

its prior opinion by reference.

This amended order clarifies that Mr. Brown is to be released from BOP custody

**effective June 18, 2020**, so as to facilitate his successful transition to temporary housing.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2020
       New York, New York