UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                -v-<br><br>LOUIS BROWN,<br><br>                                                    Defendant. | S4 18-CR-390-14 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the conference held today, November 17, 2023, the Court hereby modifies the terms of defendant Louis Brown's supervised release to require that he participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol. The previous condition requiring the defendant to participate in an in-patient treatment program is hereby discontinued.

The defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments.

The Court hereby authorizes the release of available drug treatment evaluations and reports, including the Probation Office's Presentence Investigation Report, to the substance use disorder treatment provider.

SO ORDERED.

                                                                                            _Paul A. Engelmayer_
                                                                                            PAUL A. ENGELMAYER
                                                                                            United States District Judge

Dated: November 17, 2023
            New York, New York