UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| - v. - | S4 18-CR-390-14 (PAE) |
| LOUIS BROWN, | |
| Defendant. | |

------------------------------x

For the reasons stated on the record at the sentencing proceeding held today, February 1, 2024, the Court imposed as a special condition of defendant Louis Brown's supervised release that he be subject to home detention with GPS monitoring for a period of three months. While on home detention, the defendant shall abide by all technology requirements and be restricted to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the United States Probation Office.

The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the United States Probation Office.

Dated:      New York, New York
            February 1, 2024

                                        _____
                                        THE HONORABLE PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE