UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
          -v-                                                 :      18-CR-390-14 (PAE)
                                                                  :
LOUIS BROWN,                                                      :          ORDER
                                                                  :
                      Defendant.                          :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                   PAUL A. ENGELMAYER
                                                   United States District Judge