UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LOUIS BROWN,

                Defendant.

18 CR. 390 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 16, 2024, the defendant appeared before the Court for the purpose of sentencing on a violation of supervised release. On that same date, the term of supervised release was revoked, and the defendant was sentenced to an imprisonment term of fourteen (14) days, followed by a term of supervised release which will expire on June 17, 2024. The entire term of supervised release shall be served at the Residential Reentry Center (RRC). As per the Court, following his release from BOP custody, the United States Marshals Service is hereby **ORDERED** to transport the defendant directly to the Residential Reentry Center (RRC) located at 2534 Creston Avenue, Bronx, New York 10468.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2024
       New York, New York